JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY A. MILLER, | No. 2:20-cv-02833-SAB-PJW |
|      Plaintiff, | |
|      v. | |
| C. R. BARD, INC., and BARD | **ORDER DISMISSING CASE** |
| PERIPHERAL VASCULAR, INC., | |
|      Defendants. | |

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice, ECF No. 19. The parties ask that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court dismiss the above-captioned action without prejudice, with each party to bear its own costs.

//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1.  Pursuant to the parties' Stipulation, the above-captioned case is

    **dismissed** without prejudice, with each party to bear its own costs.

    **IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order,

forward copies to counsel, and **close** the file.

**DATED** this 14th day of May 2020.

tan ey  .   ast an

United States District Court

**ORDER DISMISSING CASE ~ 2**